Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
jeremy@efaganlaw.com
Tel: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff BETH APFELBAUM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH APFELBAUM, | Case No.: 08-02750 MEJ |
| Plaintiff | **DISMISSAL** |
| v. | |
| LAW OFFICE OF HARRIS & ZIDE; BANK OF AMERICA, N.A.; and DOES 1 through 10 inclusive, | |
| Defendants. | |

Plaintiff gives notice that this action is to be dismissed pursuant to FRCP 41(a)(1)(A)(i).

DATED: June 20, 2008

                                         /s/ *Jeremy S. Golden*
                                         Jeremy S. Golden
                                         Attorney for Plaintiff